IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| S.S., | * |
|     Petitioner, | * |
| vs. | * |
| PAM BONDI, *et al.*, | *   CASE NO. 4:25-cv-45-CDL-AGH |
|     Respondents. | * |
| | * |

O R D E R

The Magistrate Judge has issued a Report and Recommendation that finds that further detention of Petitioner violates his due process rights under the Supreme Court's rationale in *Zadvydas v. Davis*. 533 U.S. 678 (2001). She therefore recommends that his petition for habeas corpus be granted and that he be released from detention (ECF No. 17 at 5). Respondents filed no objection to the Magistrate Judge's recommendation. The Court interprets this failure to object to constitute an admission by Respondents that Petitioner should be released because Respondents cannot deport him in the reasonably foreseeable future. Without prematurely deciding whether to accept the Magistrate Judge's recommendation, the Court is perplexed by the lack of objection given that it appears Respondents have taken some measures to remove Petitioner to a third country and in light of Petitioner's extensive and

dangerous criminal record that includes attempted murder, obstruction of law enforcement, aggravated assault, aggravated battery, first-degree arson, burglary, criminal trespass, criminal interference with government property, and driving under the influence.

If Respondents do in fact concede that the Court should accept the Magistrate Judge's recommendation that the Constitution requires that Petitioner be released from detention, then so be it. But to make sure that this matter did not fall through the cracks, the Court extends the time within which Respondents may file an objection so that any objection is due within 14 days from today.

IT IS SO ORDERED, this 29th day of January, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2