IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SERGEY SHABUROV,                          *

                   Petitioner,            *

v.                                          Case No.  4:25-cv-45 (CDL)

                                          *

Attorney General PAM BONDI, *et al*.,

                                          *

                   Respondents.           *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action.

This 16th day of March 2026.

David W. Bunt, Clerk


s/ Timothy L. Frost, Deputy Clerk